# EXHIBIT A

Jul 21 11 06:42p    Sharok                                    5168295494        p.1
07/19/2011  21:35   5164871860          NORTH SHORE HEBREW A          PAGE  01/01

## North Shore Hebrew Academy High School
### 16 Cherry LN., Great Neck, NY 11024
### (516) 487-8687   Fax: (516) 487-1860

High School Statement

Mr. and Mrs. Shahrokh Jacobi
15 Carriage Road
Great Neck, NY 11024

July 20, 2011
18 Tamuz 5771

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-08 Tuition | 16,930.00 | 15,592.00 | 3,695.00 | 01/11/2011 | 1,338.00 | 1,338.00 |
| 08-09 Tuition | 17,180.00 | 0.00 | | | 17,180.00 | 17,180.00 |
| 09-10 Tuition | 17,310.00 | 12,905.00 | 2,000.00 | 06/13/2011 | 4,405.00 | 4,405.00 |
| 10-11 Misc. Income | 110.00 | 30.00 | 30.00 | 01/11/2011 | 80.00 | 80.00 |
| 10-11 Tuition | 17,560.00 | 0.00 | | | 17,560.00 | 17,560.00 |
| 10-11 Family Assessment | 1,000.00 | 0.00 | | | 1,000.00 | 1,000.00 |
| 10-11 Registration | 1,000.00 | 0.00 | | | 1,000.00 | 1,000.00 |
| 10-11 Student Activity | 725.00 | 0.00 | | | 725.00 | 725.00 |
| 10-11 Scholarship Fund HS | 1,100.00 | 0.00 | | | 1,100.00 | 1,100.00 |
| 10-11 Technology | 700.00 | 0.00 | | | 700.00 | 700.00 |
| Total: | 73,615.00 | 28,527.00 | | | 45,088.00 | 45,088.00 |

*** Thank You For Your Continued Support ***

----

Return This Portion Of Statement With Your Payment

Mr. and Mrs. Shahrokh Jacobi
15 Carriage Road
Great Neck, NY 11024

Balance Due: $45,088.00  07-08 Tuition
Post Dated Checks:     $0.00  08-09 Tuition
                              09-10 Tuition
Checks On Hold: $14,920.00  10-11 Misc. Income
                              10-11 Tuition
Outstanding: $30,168.00  10-11 Family Assessment
More...

0100285