EXHIBIT C

register!

--------------------------------------------------

**From:** Great Capital [mailto:sharok26@gmail.com]
**Sent:** Tuesday, August 07, 2012 12:52 PM
**To:** Melissa Present
**Cc:** ejacobi4ever@gmail.com
**Subject:** Re: Your Message regarding Lizzy

Thank you Melissa ,
I believe all needed documents were indeed submitted, prior to learning about the missing transcript(by me).
Sincerely,
Sharok Jacobi

On Aug 6, 2012 2:15 PM, "Melissa Present" <mepresent@jtsa.edu> wrote:

Dear Mr. Jacobi,


Thank you for your message.  Regarding aid, we cannot move forward with the financial aid process until
we have the official transcript sent from North Shore directly to our office.  At this point, we are giving
need-based aid on a case-by-case basis as we are very late in the process.  I cannot guarantee any
need-based aid for next year, but of course we will work with you as best we can.


Once I have the transcript, you may resume conversations with our financial aid office.  In the meantime, I
would gather all of the necessary paperwork (tax forms, FAFSA, JTS application, etc) so that you are ready
to move forward as soon as we have the official transcript on our end.


Thank you,

Melissa


**Melissa Present, Director of Admissions**

**List College**

3080 Broadway

New York, NY 10027

(212) 678-8832 voice

(212) 280-6022 fax

mepresent@jtsa.edu

---------- Forwarded message ----------
From: **Melissa Present** <mepresent@jtsa.edu>
Date: Tue, Aug 7, 2012 at 1:27 PM
Subject: RE: Your Message regarding Lizzy
To: ████████████████████████
Cc: "ejacobi4ever@gmail.com" <ejacobi4ever@gmail.com>


Mr. Jacobi,


Eliza Jacobi's FAFSA is missing a "parent signature". It looks you made a correction/change to the FAFSA but never signed it. If you need help signing it electronically on the FAFSA website (www.fafsa.ed.gov), you should call 800-4-FED-AID.


Again, we cannot begin to review your forms to determine need-based aid until there is a signature on your FAFSA and I have an official transcript sent from NSHA.


Best,


**Melissa Present, Director of Admissions**

**List College**

3080 Broadway

New York, NY 10027

(212) 678-8820 voice

(212) 280-6022 fax

mepresent@jtsa.edu

SAVE THE DATE - Prospective Student Weekend - October 19-21, 2012! Visit www.jtsa.edu/list to

**From:** Melissa Present <mepresent@JTSA.EDU>
**Date:** August 20, 2012 9:19:42 EDT
**To:** ejacobi4ever <ejacobi4ever@gmail.com>
**Subject: RE: Elizabeth Jacobi Withdrawl Notification from List College Office of Admissions**

Lizzy,

Tuition bills were due today and we have not had any forward progress with your transcript or payment. I am withdrawing you from our Fall 2012 system and hope to touch base in the future.

Best,

Melissa Present, Director of Admissions

List College

8/20/2012 11:46 AM

3080 Broadway

New York, NY 10027

(212) 678-8820 voice

(212) 280-6022 fax

mepresent@jtsa.edu

**SAVE THE DATE** - Prospective Student Weekend - October 19-21, 2012! Visit www.jtsa.edu/list to register!

**From:** ejacobi4ever [mailto:ejacobi4ever@gmail.com]
**Sent:** Friday, July 27, 2012 12:57 PM
**To:** Melissa Present
**Subject:** Re: Elizabeth Jacobi Withdrawl Notification from List College Office of Admissions

Hi Missy,

I understand why this came to pass and, while I can't say I'm at all happy, I'm not too surprised by this point. Perhaps we'll be in touch again. In the meanwhile I wish you all the best as well.

Sincerely,

Lizzy

On Jul 26, 2012, at 15:26, Melissa Present <mepresent@JTSA.EDU> wrote:

> Dear Elizabeth,

> Please see the attached letter.  Feel free to be in touch with me directly should you have any questions.  I wish you the best of luck in your future endeavors.

> Sincerely,

> Melissa Present

**Melissa Present, Director of Admissions**

**List College**

3080 Broadway

New York, NY 10027

(212) 678-8820 voice

(212) 280-6022 fax

mepresent@jtsa.edu


<Elizabeth Jacobi Withdrawl Notification.pdf>